# ARMED SERVICES BOARD OF CONTRACT APPEALS

| Appeal of -- | ) |
| --- | --- |
| | ) |
| The Boeing Company | ) ASBCA No. 59579 |
| | ) |
| Under Contract No. N68335-05-D-0009 *et al.* | ) |

APPEARANCES FOR THE APPELLANT:  Andrew E. Shipley, Esq.
                Seth H. Locke, Esq.
                 Perkins Coie LLP
                 Washington, DC

APPEARANCES FOR THE GOVERNMENT:  E. Michael Chiaparas, Esq.
                  DCMA Chief Trial Attorney
                 Arthur M. Taylor, Esq.
                  Deputy Chief Trial Attorney
                  Defense Contract Management Agency
                  Chantilly, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 18 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59579, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals